THE PEOPLE OF THE STATE OF NEW YORK v. MAX HOFFMAN, Impleaded with JACK EDLIN.— Motion granted and appellant's time in which to serve and file the points on appeal extended to and including October 21, 1929, with notice of argument for November 12, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.